[Civil No. 1004.  Filed March 22, 1907.]

[89 Pac. 1131.]

HUACHUCA WATER COMPANY, a Corporation, Plaintiff
and Appellant, v. THE CITY OF TOMBSTONE, OF
THE TERRITORY OF ARIZONA, a Corporation, De-
fendants and Appellees.

APPEAL from a judgment of the District Court of the
Second Judicial District, in and for the County of Cochise.
Fletcher M. Doan, Judge.  Affirmed by divided court.

Appealed to United States supreme court.  Dismissed with
costs: 214 U. S. 530, 53 L. Ed. 1070.

O. Gibson, for Appellant.

Pickett & Bowman, for Appellees.

PER CURIAM.—The Chief Justice and Mr. Justice Nave
are of the opinion that the judgment in this case should be
reversed, while Mr. Justice Sloan and Mr. Justice Campbell
are of the opinion that it should be affirmed.  The judgment
is therefore affirmed by a divided court.